UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DUANE HICKMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNKNOWN,<br><br>　　　　　Defendant. | No. 2:23-cv-0755 KJN P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　　Plaintiff is a state prisoner, proceeding pro se and in forma pauperis. By order filed May 11, 2023, plaintiff's complaint was dismissed, and thirty days leave to file an amended complaint was granted. Thirty days from that date have passed, and plaintiff has not filed an amended complaint.

　　　　On May 19, 2023, plaintiff filed a notice in which he appears to claim that he is seeking to discharge a probation violation in the instant action. (ECF No. 9 at 2-3.) This document is not an amended complaint. In the May 11, 2023 order screening the complaint, the undersigned observed that in case no. 2:10-cr-00246, plaintiff pled guilty to possession of stolen mail. (ECF No. 5 at 3.) The undersigned advised plaintiff that if the claims raised in the instant action concerned case 2:10-cr-00246, these claims should be raised in case 2:10-cr-00246. (Id.) Plaintiff's claims regarding a probation violation, raised in his May 19, 2023 pleading, should be raised in the criminal action where the alleged probation violation occurred.

1

On June 12, 2023, plaintiff objected to the withdrawal of filing fees from his inmate trust account claiming he sent an "International Bill of Exchange" as payment. (ECF No. 10 at 1.) As explained in the May 11, 2023 screening order, plaintiff is required to pay the statutory filing fee for this action. 28 U.S.C. §§ 1914(a), 1915(b)(1). The Clerk's Office accepts payments made by check, money order, and cashier's check by mail or at the intake counter. See E.D. Cal. Website at https://www.caed.uscourts.gov/caednew/index.cfm/clerks-office/paying-fees-and-financial-information (accessed June 15, 2023). Thus, the submission of an "International Bill of Exchange" is ineffective to pay the filing fee.

Based on plaintiff's failure to file an amended complaint, as directed in the May 11, 2023 screening order, the undersigned recommends that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is directed to assign a district judge to this case; and

IT IS RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: June 29, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hick0755.fta