UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DUANE HICKMAN, | No.  2:23-cv-00755 KJM CSK P |
| Plaintiff, | |
| v. | ORDER |
| UNKNOWN, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On August 28, 2023, this action was closed and judgment was entered. (ECF Nos. 13, 14.)  On January 5, 2026, plaintiff filed a letter addressed to the Clerk of the Court regarding the filing fee.  (ECF No. 15.)  In this letter, plaintiff appears to claim that in the instant action, the court ordered plaintiff to make payments toward the filing fee for six months only. (Id.)  Plaintiff appears to claim that he is still being charged payments toward the filing fee although six months passed from the date he was ordered to pay the filing fee.  (Id.)

On May 11, 2023, the court granted plaintiff's application to proceed in forma pauperis. (ECF No. 5.)  In this order, the court stated that plaintiff was required to pay statutory filing fee of $350.00.  28 U.S.C. §§ 1914(a), 1915(b)(1).  (Id. at 1.)  The court assessed plaintiff an initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1).  (Id.)  By separate order, the court directed the California Department of Corrections and Rehabilitation ("CDCR")

1

to collect the initial partial filing fee and forward it to the Clerk of the Court.  (Id.)  The court ordered that thereafter, plaintiff was obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's trust account.  (Id.)  The court ordered that these payments would be forwarded by CDCR to the Clerk of the Court each time the amount in plaintiff's account exceeded $10.00 *until the filing fee was paid in full.*  28 U.S.C. § 1915(b)(2). (Id. at 1-2.)  In the May 11, 2023 order, the court did not order that plaintiff was required to make partial payments toward the filing fee for six months only.[1]

Accordingly, IT IS HEREBY ORDERED that plaintiff's concerns regarding the filing fee made in the letter filed January 5, 2026 are deemed resolved.

Dated:  January 21, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Hick755.ord/2

---

[1]  Court records reflect that plaintiff owes $313.29 toward the filing fee for the instant action.

2